UNITED STATES v. STAMATOPOULOS et al. (three cases).

UNITED STATES v. VARNAVELIAS et al.

(Circuit Court, E. D. New York. May 6, 1908.)

Nos. 746, 756, 766, 767.

1. CONSPIRACY (§ 43*)—CUSTOMS DUTIES—CRIMINAL LAW—SUFFICIENCY OF INDICTMENT.

An indictment under section 5440, Rev. St. (U. S. Comp. St. 1901, p. 3676), for conspiracy to defraud the United States by means of a false invoice, is sufficient which sets forth such a conspiracy, notwithstanding that it does not set forth the consummation of the fraud nor include an allegation that the fraud could have been accomplished, if not detected.

[Ed. Note.—For other cases, see Conspiracy, Cent. Dig. § 97; Dec. Dig. § 43.*]

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

**2.** Conspiracy (§ 43*)—Indictment—Sufficiency—Particularity of Allega-
    tion.

> An indictment for conspiracy to defraud the United States by a false
> invoice is not vitiated by the particularity with which the overt act
> is set forth, if the conspiracy of itself be sufficient.

> [Ed. Note.—For other cases, see Conspiracy, Cent. Dig. § 97; Dec. Dig.
> § 43.*]

On Demurrer to Indictments for Criminal Conspiracy.

The defendants in these cases are "Stephen" D. Stamatopoulos
(name Stephen fictitious), Simon G. Mescall, Patros Varnavelias, Pant
Vulgaris, Simon J. Mescall, and Stamatis D. Stamatopoulos.

William J. Youngs, U. S. Atty.

Eugene F. O'Connor, Jr. (Leo Oppenheimer, of counsel), for de-
fendant Mescall.

Charles W. Gould, for defendant Stamatopoulos.

CHATFIELD, District Judge.    These indictments are similar in
their allegations and are brought to charge an offense within the pro-
visions of section 5440, Rev. St. (U. S. Comp. St. 1901, p. 3676).   In
general, the charge set forth in each indictment is a conspiracy to de-
fraud the United States by returning false weights to the officers of
the customs service upon certain importations of cheese, which the
indictments allege were to be imported into the United States and en-
tered by means of a false invoice, and with the statement of a smaller
quantity or weight of cheese in the entry blank than the actual weight
of the importation.   The indictments further set forth that the false
weight to be returned by the weigher, who is one of the defendants
named in the indictment, was the weight upon which the amount of
duty would be finally estimated, and that it was planned and intended
to defraud the United States of a part of the revenue; i. e., the differ-
ence.   Each indictment then proceeds to recite an overt act in the
form of a specific statement of an importation entry and return of a
weight less than the true amount.

A demurrer has been interposed to each of these indictments, and
a number of grounds of demurrer have been set forth; but it is con-
sidered that none of these grounds of objection is sufficient.   The in-
dictments set forth a conspiracy to defraud the United States, and it
is unnecessary to allege either the consummation of the fraud or to
include an allegation that the fraud could have been accomplished
unless detected.   It is sufficient to show that the conspiracy was to do
an act which would constitute a fraud upon the United States.

The further objection raised by the demurrers that the conspiracy
alleged is a conspiracy to commit the overt act is not well founded.
Briefly stated, this objection is that the overt act is stated with par-
ticularity enough to constitute a fraud upon the revenue of the Unit-
ed States and to define an offense against certain of the Revised Stat-
utes, and the charge of conspiracy is a mere general allegation of a
plan to commit the overt act.   A reading of the indictment does not
show this to be so.   The conspiracy charged is a plan to defraud, not
to commit an offense;   and the particularity with which the overt

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

act is set forth cannot vitiate the indictment, if the conspiracy of itself be sufficient.

The demurrers will be overruled.